FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

MAY 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re:  SUSAN J. BARBER.

_____

SUSAN J. BARBER,

                    Petitioner,

  v.

USDC, SAN FRANCISCO,

                    Respondent,

JAMES B. CATLEDGE; UNITED STATES
OF AMERICA; DEREK F.C. ELLIOTT,

                    Real Parties in Interest.

No.    20-71276

D.C. No.
3:12-cr-00678-MMC-1

OPINION

Petition for Writ of Mandamus to the United States District Court
for the Northern District of California
Maxine M. Chesney, District Judge, Presiding

Submitted May 11, 2020[*]
San Francisco, California

Before:  SILVERMAN, NGUYEN, and COLLINS, Circuit Judges.

PER CURIAM:

_____

[*]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

This is a petition for a writ of mandamus filed pursuant to the Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771.

We have carefully reviewed the district court record and the arguments of the parties, and hold that the district court did not abuse its discretion in determining the amount of restitution to which Barber is entitled. The district court's finding that the prior civil settlement reduced the amount of Barber's loss was supported by the evidence and was neither an abuse of discretion nor legally erroneous. *See Kenna v. U.S. Dist. Court*, 435 F.3d 1011, 1017 (9th Cir. 2006).

The petition for a writ of mandamus is denied.

**DENIED.**